KD: USAO# 2025R00603

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** *ELH 26cr264* |
| **v.** | **(Wire Fraud, 18 U.S.C. §1343; Forfeiture, 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c))** |
| **PATRICIA STANTON,** | |
| **Defendant.** | |

USDC- BALTIMORE
'26 AUG 10 PM1:36

## INFORMATION

### COUNT ONE
(Wire Fraud)

The United States Attorney for the District of Maryland charges that:

At all times relevant to this Information:

### Background

1. The Social Security Administration ("SSA") is an agency of the United States government that administers programs under the Social Security Act, Title 42, United States Code, Section 301 ("the Act"). SSA headquarters is located in Woodlawn, Maryland, in Baltimore County. SSA programs include the Social Security Administration Old-Age, Survivor, and Disability Insurance (OASDI) program. SSA OASDI program makes available a basic level of monthly income upon the attainment of retirement eligibility age, death, or disability by insured workers.

2. Defendant, **PATRICIA STANTON**, was a resident of Baltimore City.

3. **STANTON's** aunt, S. Stanton, died on or about December 1, 2001, and **STANTON** was listed as the informant on her aunt's death certificate.

4. At the time of her death, S. Stanton was receiving monthly OASDI payments via deposits into a bank account at HSBC Bank USA, N.A. (HSBC), which was later converted to

Citizens Bank, which is located in Riverside, Rhode Island. The bank account was in the name of S. Stanton.

## The Scheme to Defraud

5. Beginning in or about January 2002 and continuing through in or about July 2022, in the District of Maryland and elsewhere, the Defendant,

## PATRICIA STANTON,

knowingly and willfully devised a scheme and artifice to defraud SSA to obtain money from SSA by means of material false pretenses, representations, and promises and for the purpose of executing and attempting to execute the scheme to defraud, did knowingly and willfully transmit and cause to be transmitted by means of wire communications, in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, in violation of 18 U.S.C. § 1343 (the "scheme to defraud").

## The Object of the Scheme to Defraud

6. It was the object of the scheme to defraud for **STANTON** to personally enrich herself by fraudulently obtaining SSA funds for her own personal use and benefit.

## Manner and Means of the Scheme to Defraud

It was part of the scheme to defraud that:

7. In April 2014, SSA suspended the OASDI benefit payments of S. Stanton because she failed to respond to multiple notices from SSA. SSA records indicated that in May and July 2014, **STANTON** contacted SSA, pretending to be her deceased aunt, and updated the mailing and phone number on file to **STANTON's** residential address and phone number.

8. As a result, SSA resumed payment of the monthly OASDI payments. The address on file for S. Stanton's Citizens Bank account, where the OASDI funds were deposited, was updated to

**STANTON's** residential address in Baltimore City in or around May 2014.

9.    **STANTON** made multiple withdrawals and debits from S. Stanton's Citizens Bank account after S. Stanton's death. Bank records documented transactions for account payments to Capital One, AT&T, Navy Federal Credit Union, Verizon Wireless, Direct TV and QVC, along with other retailers. Records and other evidence collected show those accounts are in **STANTON's** name.

10.    As a result of the scheme, **STANTON** fraudulently obtained $440,284.00 from SSA in benefits to which she was not entitled to receive.

## THE CHARGE

On or about the date set forth below, in the District of Maryland and elsewhere, the Defendant,

## PATRICIA STANTON,

for the purpose of executing and attempting to execute such scheme to defraud, did knowingly transmit and cause to be transmitted in interstate commerce by means of a wire communication, certain signals, signs and sounds, as set forth below:

| Count | Date | Description of Wire |
|-------|------|---------------------|
| 1 | July 1, 2022 | A benefit payment in the amount of $2,152.00, via direct deposit over interstate wire from the United States Social Security Administration to a bank account at Citizens Bank, located in Riverside, Rhode Island. |

18 U.S.C. § 1343

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further alleges that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Count One of this Information.

### Wire Fraud Forfeiture

2.   Upon conviction of the offense alleged in Count One of this Information, the Defendant,

### PATRICIA STANTON,

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

### Substitute Assets

3.      If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third person;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or,

    e.      has been commingled with other property which cannot be subdivided without difficulty,

4

the United States shall be entitled to forfeiture of substitute property up to the value of the

forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C.

§ 2461(c).

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes
United States Attorney

Date: 8/10/2026